# EXHIBIT A

# Copyright

**Registration Number / Date:**
PA0002382244 / 2022-10-14

**Preregistration Number / Date:**

**Type of Work:**
Motion Pictures

**Title:**
Alphabet Lore.

**Application Title:**
Alphabet Lore.

**Date of Creation:**
2022

**Date of Publication:**
2022-02-01

**Copyright Claimant:**
Michael Salcedo, 1991- . Address: 851 GREENSIDE DR, APT 1233, RICHARDSON, TX, 75080-1165, United States.

**Authorship on Application:**
Michael Salcedo, 1991- ; Domicile: United States; Citizenship: United States. Authorship: entire motion picture, production, direction, script/screenplay, cinematography, editing.

**Rights and Permissions:**
Michael Salcedo, 851 GREENSIDE DR, APT 1233, RICHARDSON, TX, 75080-1165, United States, (817) 721-1145, mike_animation@yahoo.com

**Description:**
Description

**Nation of First Publication:**
United States

**Publication Date:**
2022-02-01

**Names:**
Salcedo, Michael 1991-

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/34531455

---

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).