# EXHIBIT B

# 152. guangzhouchenzhuoshangmaoyouxiangongsi



Previous image took on: December 3, 2024 at 3:05 PM UTC

**Product Page**

https://www.walmart.com/ip/Alphabet-Lore-Plush-Toy-Stuffed-Educational-Letter-Toys-Cartoon-Doll-Soft-Pillow-Collectible-Fans-Friends-Kids-Christmas-Thanksgiving-Happy-New-Year/1197014186?selectedSellerId=101665054

**Product ID**

1197014186

**Seller Name**

guangzhouchenzhuoshangmaoyouxiangongsi

**Marketplace**

Walmart

**Brand**

Alphabet Lore

Following image took on: December 3, 2024 at 3:05 PM UTC

Following image took on: December 3, 2024 at 3:06 PM UTC

Following image took on: December 3, 2024 at 3:06 PM UTC



Following image took on: December 3, 2024 at 3:07 PM UTC



Following image took on: December 3, 2024 at 3:07 PM UTC



Following image took on: December 3, 2024 at 3:06 PM UTC

