**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL SALCEDO,<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 24-cv-12519<br><br>Hon. Matthew F. Kennelly |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Michael Salcedo ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| No. | Name |
|---|---|
| 12 | C JING |
| 83 | instdaily |

Dated: February 4, 2025

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
***One of the Attorneys for Plaintiff***

Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com