UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Michael Salcedo

          Plaintiff,

v.

Case No.: 1:24−cv−12519

Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and motion hearings held on 2/27/2025. Defendant Guangzhouchenzhuoshangmaoyouxiangongsi's motion to dismiss is denied [32] as to the reasons stated on the record. Defendants JIONGJING Co.Ltd, MOHAO Co.Ltd, PENGHE Co.Ltd, QUANLONG Co.Ltd, YINQI Co.Ltd, YUNLI Co.Ltd's reply to their motion to dismiss [43] is due 3/13/2025. Plaintiff's response to the defendant Guangzhouchenzhuoshangmaoyouxiangongsi's motion to dissolve [54] is due 3/5/2025. Defendants ouyiwanshangmao, houxukaishangmaoyouxian, KunMingWuHuaQuTaiJiLi, changshashitingling, JINZHAOYOUJIU, UIERWOP, funanlinghongdianzichanpin, baoyimaoyi's reply to their motion to dismiss [57] is due 3/13/2025. Defendant Guangzhouchenzhuoshangmaoyouxiangongsi's motion to dissolve [54] is set for a telephonic motion hearing on 3/10/2025 at 9:10 a.m. The case is set for a telephonic status hearing on 4/4/2025 at 8:50 a.m. The following call−in number will be used for the motion and status hearings: 650−479−3207; access code 2305−915−8729. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.