

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**　　　　　　　　　　　　　　　　　　　　　　　312-435-5670
**Clerk**

Date:　　　　　　　　　　　　　　　　　　Case Number:

Case Title:　　　　　　　　　　　　　　　　Judge:

**DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW**

　　Document entered in error.

　　Document withdrawn or removed per court order [　　] of Judge

　　Incorrect Document linked.

　　Other:

　　Removed per IOP30(b).


　　　　　　　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk

　　　　　　　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Rev. 11/29/2016