# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Michael Salcedo,  *Plaintiff*,  v.  THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",  *Defendant*. | **CASE NO.** 1:24-cv-12519  Judge: Honorable Matthew F. Kennelly  Magistrate Judge: Honorable Jeffrey T. Gilbert |

## **STIPULATION OF DISMISSAL**

Plaintiff Michael Salcedo ("Plaintiff") and ten Defendants WEIYAN Co.Ltd, MINGQU Co.Ltd, BAOZHIXIN Co.Ltd, YUNLI Co., Ltd, JIONGJING Co.Ltd, QUANLONG Co.Ltd, PENGHE Co.Ltd, YINQI Co.Ltd, MOHAO Co.Ltd and ZAIWEN Co.Ltd (together "Defendants") (collectively, the "Parties") hereby stipulate to dismiss this action with prejudice, including all claims and counterclaims asserted by or against the Parties. Each Party shall bear its own costs and attorneys' fees.

This stipulation also moots Defendants' Motion to Dismiss [43] and Motion to Modify Asset Restraint [76].

Dated this 20 day of March 2025.

Respectfully submitted,

/s/ Sofia Quezada Hastings
Sofia Quezada Hastings
Aronberg Goldgehn
225 W. Washington St. Suite 2800
Chicago, IL 60606
(312) 755-3139

shastings@agdglaw.com
*Attorney for Plaintiff Michael Salcedo*

/s/ He Cheng
He Cheng
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33308
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495
*Attorney for Defendants*