IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SALCEDO,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>    Defendants. | Case No. 1: 24-cv-12519<br><br>**Judge Matthew F. Kennelly** |

## ORDER MODIFYING ASSET RESTRAINT PORTION OF THE PRELIMINARY INJUNCTION ORDER

Defendants Waldeals and ComfortMart filed a motion (the "Motion") to modify the asset restraint imposed by the preliminary injunction order on February 19, 2025. Plaintiff filed a response (the "Response") to the motion on April 24, 2025.

After reviewing the Motion, the Response and the accompanying record, this Court GRANTS Defendants' Motion. Accordingly, this Court orders that:

1. The asset restraint portion of the preliminary injunction order [29] is modified to limit Defendant Waldeals's asset restraint to no more than $1,000.

2. The asset restraint portion of the preliminary injunction order [29] is modified to limit Defendant ComfortMart's asset restraint to no more than $1,000.

3. Walmart Inc. shall comply with this Order.

Dated: 4/26/2025

                                                Matthew F. Kennelly
                                                United States District Judge